UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JOSEPH AARON WEINSTOCK ) <br> 13 Avocado Street ) <br> Valle Verde I ) <br> Pasig City, Metro Manila ) <br> Philippines ) <br>        Plaintiff ) <br> ) <br> v. ) <br> ) <br> STEPHEN P. GROFF ) <br> 7614 Carteret Rd. ) <br> Bethesda, MD 20817-2021 ) <br>        Defendant. ) | Case No: 05-1931 (ESH) <br> ECF |

### **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

_____/S/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Praecipe has been served on this <u>19th</u> day of <u>October</u>, 2005 by first class U.S. mail, postage pre-paid to:

MONTGOMERY BLAIR SIBLEY
Rodriguez, Sibley & Mendoza, L.L.P.
Attorneys for Plaintiff
1717 K Street, N.W., Suite 600
Washington, D.C. 20036

                                          /S/
                          ANDREA McBARNETTE, D.C. Bar #483789
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 Fourth Street, N.W.,
                          Washington, D.C. 20530
                          (202) 514-7153