UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JOSEPH AARON WEINSTOCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN P. GROFF, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 05-1931 (ESH) |

**CERTIFICATION**

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>Dr. Joseph Aaron Weinstock v. Stephen P. Groff</u>, No. 05-1931 (D.C.C., filed September 30, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Stephen P. Groff was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

October 19, 2005

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division