UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. JOSEPH AARON WEINSTOCK,            )
                                       )
                    Plaintiff          )
                                       )
                                       )
                                       )
                                       )   Civil Action No.: 1:05-1931
        v.                             )
                                       )
                                       )
STEPHEN P. GROFF,                      )
                                       )
                    Defendant          )
_____)

## DECLARATION OF JOHN C. MANTINI

I, John C. Mantini, pursuant to 28 U.S.C. § 1746, based upon personal knowledge, declare as follows:

1. My name is John C. Mantini, and I am an employee of the Millennium Challenge Corporation (MCC). I am a Federal employee and occupy the position of Assistant General Counsel for Administrative Law in MCC's Office of General Counsel.

2. MCC, an independent Federal agency in the Executive branch, is a government corporation authorized by the Millennium Challenge Act of 2003 (P.L. 108-199), codified at 22 U.S.C. § 7701, *et seq.* MCC is subject to the Government Corporation Control Act, codified at 31 U.S.C. § 9101, *et seq.* MCC's mission is to enter into grant agreements called "compacts" with certain eligible countries for the purpose of promoting economic growth and reducing extreme poverty. MCC is managed by a Chief Executive Officer appointed by

the President and confirmed by the Senate and overseen by a Board of Directors composed of the Secretary of State, the Secretary of Treasury, the U.S. Trade Representative, the Administrator of the United States Agency for International Development (USAID), the CEO of the MCC and four public members, appointed by the President with the advice and consent of the Senate. The Secretary of State is the Chair of the Board and the Secretary of Treasury is the Vice Chair.

3. As the Assistant General Counsel for Administrative Law I am responsible for advising MCC on legal matters affecting the internal operation of MCC, including the processing of all administrative tort claims filed by individuals against MCC.

4. After I received a copy of the complaint in the above-styled case I searched MCC files to determine if the plaintiff had filed an administrative tort claim against MCC. As of this date, the plaintiff never filed an administrative tort claim against MCC as required by the Federal Tort Claims Act, codified at 28 U.S.C. § 2675(a).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2005.

_____
John C. Mantini
Assistant General Counsel
Administrative Law