UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JOSEPH AARON WEINSTOCK,  )<br>)<br>Plaintiff,            )<br>)<br>v.                      )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant.           )<br>) | Civil Action No.: 05-1931 (ESH) |

## ORDER

UPON CONSIDERATION of Defendant's dispositive motion, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is hereby **ORDERED**:

1) The United States of America is hereby substituted for the named individual defendant, Stephen P. Groff; and

2) The motion to dismiss is granted.

**SO ORDERED**, on this _____ day of _____, 2005.

_____
United States District Court Judge