UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DR. JOSEPH AARON WEINSTOCK,

           Plaintiff,

vs.

STEPHEN P. GROFF

           Defendant.
_____/

Case. No.: 1:05V-01931
Judge Ellen Segal Huevelle

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, Dr. Joseph Aaron Weinstock, by and through his undersigned counsel responds to Defendant's Motion to Dismiss, and states:

    Given the Court's order of November 28, 2005, and the factual conclusions contained therein, Plaintiff is unable to raise in good faith any legal argument in response to the Defendant's motion to dismiss.

    WHEREFORE, Plaintiff, expressly preserving his objections to the November 28, 2005, order of this Court, does not objection to the entry of final judgment against him in this matter.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was provided pursuant to LcvR 5.4(d) upon Andrea McBarnette, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 this December 7, 2005.

                            **MONTGOMERY BLAIR SIBLEY**
                            Rodriguez, Sibley & Mendoza, L.L.P.
                            Attorneys for Plaintiff
                            1717 K Street, Suite 600
                            Washington, D.C. 20036
                            Voice:     (202) 508-3699
                            Fax:       (202) 478-0371

                            By:   /s/ Montgomery Blair Sibley
                                  Montgomery Blair Sibley
                                  D.C. Bar #464488