UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DR. JOSEPH AARON WEINSTOCK,

        Plaintiff,

vs.

STEPHEN P. GROFF

        Defendant.
_____/

Case. No.: 1:05V-01931
Judge Ellen Segal Huevelle-CV-00174

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff, Dr. Joseph Weinstock, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the District of Columbia the Order Granting Motion to Dismiss entered in this action on 7th day of December, 2005, a copy of which is attached hereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent by U.S. First Class Mail to Andrea McBarnette, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 this December 29, 2005.

**MONTGOMERY BLAIR SIBLEY**
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850
Voice/Fax:   (202) 478-0371
E-mail:   mbsibley@rsmadvocatus.com

By: 
Montgomery Blair Sibley
D.C. Bar #464488

```
00
THANK YOU
    CHECK TENDERED $         $255.00
        255.00
===== T O T A L =====
        255.00
086900   FILING FEE   CIVIL
CASE # 05-1931
=====NO REFUND WITHOUT RECEIPT=====
DC  1-1 TAM         Receipt # 141107
01/04/06                 12:47:59 PM
        WASHINGTON D.C.
    U.S. DISTRICT COURT
```

RECEIVED
JAN 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



1

**Montgomery Sibley**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Wednesday, December 07, 2005 11:30 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-01931-ESH WEINSTOCK v. GROFF "Order on Motion to Substitute"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from BL, entered on 12/7/2005 at 11:29 AM EDT and filed on 12/7/2005
**Case Name:** WEINSTOCK v. GROFF
**Case Number:** 1:05-cv-1931
**Filer:**
**Document Number:**

**Docket Text:**
Minute ORDER: Given plaintiff's response to defendant's Motion to Dismiss, defendant's Motion to Dismiss is GRANTED and the above-captioned case is DISMISSED WITH PREJUDICE. Signed by Judge Ellen S. Huvelle on 12/7/05. (BL)

The following document(s) are associated with this transaction:

**1:05-cv-1931 Notice will be electronically mailed to:**

Andrea McBarnette    andrea.mcbarnette@usdoj.gov, sheila.williams@usdoj.gov; tammatha.dawkins@usdoj.gov

Montgomery Blair Sibley    MBSibley@earthlink.net

**1:05-cv-1931 Notice will be delivered by other means to:**

12/29/2005