# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5013                                                        September Term, 2005

05cv01931

Filed On:

Joseph Aaron Weinstock, Dr.,
    Appellant

v.

Stephen P. Groff,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 1 3 2006

CLERK

**BEFORE:**   Rogers, Garland, and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

ORDERED that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has not "alleged sufficient facts that, taken as true, would establish that the defendant['s] actions exceeded the scope of [his] employment." Stokes v. Cross, 327 F.3d 1210, 1215 (D.C. Cir. 2003).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/8/06
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk